AO 91 (Rev. 3/99) Criminal Complaint

# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

**UNITED STATES OF AMERICA**
### V.
**Manuel Alberto PONCE-FELIX**

### CRIMINAL COMPLAINT

### CASE NUMBER: 06 0050M

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about January 21, 2006, in the District of Arizona, Manuel Alberto PONCE-FELIX, an alien who is illegally and unlawfully in the United States, was knowingly in possession of firearms in violation of Title 18, United States Code, Section 922 (g)(5)(A). I further state that I am a Special Agent, Bureau of ATF and that this complaint is based on the following facts:

**SEE ATTACHTED AFFIDAVIT**

Continued on the attached sheet and made a part hereof:    ☐ YES    ☐ NO

AUTHORIZED BY: SAUSA Michael Lee *m Lee*

**William J. Medina**
_____
Name of Complainant

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

January 26, 2006
_____
Date

Phoenix, Arizona
_____
City and State

U.S. Magistrate Judge Virginia Mathis
_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

## STATEMENT OF PROBABLE CAUSE

I, William J. Medina, being duly sworn, depose and state the following:

1. Your affiant is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Phoenix, Arizona and has been so employed since August of 2000. Your affiant is currently assigned to ATF Phoenix Group I. Additionally, your affiant was previously employed as a Border Patrol Agent, by the United States Border Patrol for approximately three and one-half years.

2. Based on the aforementioned training and experience, your affiant knows it is a violation of Title 18 U.S.C. 922 (g)(5)(A), for any person who, being an alien, is illegally or unlawfully in the United States (US) to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

3. On January 21, 2006, Phoenix Police Department (PPD) Officers Miranda and Huskisson observed suspicious activity while working in an undercover capacity at a gun show located at the Arizona State Fairgrounds in Phoenix Arizona. Officers Miranda and Huskisson observed three Hispanic males as they purchased at least two firearms. As the purchase was occurring, it appeared to Officer Miranda that one of the Hispanic males, later identified as Jorge ANDASOLA-GARCIA, was acting as a lookout while the other two Hispanic males purchased firearms. After purchasing the firearms they were

observed gathering around what was then believed to be a silver colored Ford Crown Victoria and the vehicle went mobile before Officer's Miranda and Huskisson were close enough to observe the vehicle or its occupants. The vehicle left the fairgrounds and was never located.

4. Later that same day, Officer's Miranda and Huskisson again observed Jorge ANDASOLA-GARCIA as he was walking around the gun show and this time he was carrying a blue or gray pistol box. Jorge ANDASOLA-GARCIA met with two other Hispanic males and Officer Miranda believed he recognized at least one of the other Hispanic males as one of the other two Hispanic males who were taking part in the purchase of firearms earlier on. Officer Huskisson alerted your affiant to the situation and stated that all three Hispanic males entered a white Nissan Altima and gave a direction of travel. Your affiant observed the vehicle and notified a marked PPD unit the vehicles direction of travel and its Arizona temporary license plate PY95357.

5. At approximately 2:22 pm, a marked PPD vehicle conducted a traffic stop at 2308 West Grand Avenue Phoenix, Arizona (AZ) on the white Nissan Altima for traffic violation of Failure to Stop at a Stop Sign. Phoenix PPD Officers Moore and Jaensson approached the vehicle and asked the driver for his license, registration and proof of insurance. The driver, Oscar Ivan BATRES, claimed the vehicle belonged to the rear passenger Manuel Alberto PONCE-FELIX, and then handed police his Arizona driver's license. PPD Officer Jaensson asked if there were any weapons inside the vehicle and the front passenger, Jorge ANDASOLA-GARCIA, began to reach forward towards the

2

front passenger seat floorboard while stating "yea, there's one here." Officer Jaensson advised Jorge ANDASOLA-GARCIA not to touch the firearm and asked all of the occupants to exit the vehicle and conducted a pat-down on all three persons. A pat down of Oscar Ivan BATRES revealed two rifle magazines that were inside his left front pants pocket. When questioned about the magazines, Oscar Ivan BATRES stated that there is an AR-15 rifle and a .40 caliber pistol inside the trunk of the car. PPD contacted your affiant and advised him of the presence of firearms and your affiant joined in the investigation. In your affiant's presence, Oscar Ivan BATRES gave police consent to search the vehicle. Inside the vehicle, tucked between the front passenger seat and front console, PPD recovered a Star 9mm pistol bearing serial #SBM02841. Inside the trunk of the vehicle PPD recovered a Beretta .40 caliber pistol, model 96, bearing serial #BER055781, and a Fabrique Nationale 5.56 (.223) caliber rifle with a folding stock, model FNC, bearing serial # S013128. The vehicle was registered to Manuel Alberto PONCE-FELIX.

6. Your affiant identified himself to Oscar Ivan BATRES as a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives. Your affiant explained to Oscar Ivan BATRES that he was not under arrest and wanted to ask him some questions to which he agreed. Oscar Ivan BATRES said he lives at 7757 West Meadowbrook Avenue Phoenix, Arizona, and has lived there for the past four or five years. Oscar Ivan BATRES said he was born in Durango, Mexico and has a green card that allows him to be in the US, but

3

accidentally left the card at home. Oscar Ivan BATRES said he only bought three guns today and all three of the guns were inside the white Nissan Altima. Your affiant asked Oscar Ivan BATRES to describe all three of the firearms he purchased. Oscar Ivan BATRES said that one of the guns is an AR-15, but was not sure of the manufacturer, the second gun is a .40 caliber Beretta, and the third gun is a 9mm pistol, but he was not sure of the brand and stated maybe it's a Star. Oscar Ivan BATRES identified the rear passenger of the white Altima as Manuel and only knew the front passenger by his nickname "Negro" (Jorge ANDASOLA-GARCIA). Oscar Ivan BATRES said the vehicle belongs to Manuel and he was test driving it because he is going to buy the car from him. Oscar Ivan BATRES said they all just came from the gun show at the Arizona State Fairgrounds where he (Oscar Ivan BATRES) purchased all three of the firearms. Oscar Ivan BATRES said he purchased the AR and the 9mm pistol from a booth, and he purchased the .40 caliber pistol from a private seller. Oscar Ivan BATRES said he paid approximately $2,200.00 in cash for all three guns and claimed to have withdrawn the money from a Well's Fargo Bank. Your affiant asked Oscar Ivan BATRES when and where he withdrew the money he claimed to have used to pay for the guns and reminded Oscar Ivan BATRES that it is a felony to lie to a Federal agent. Oscar Ivan BATRES said he withdrew the money a while back and was not sure of the exact date. Oscar Ivan BATRES then recanted and admitted that he was lying. He stated he actually bought the guns for Manuel (PONCE-FELIX) and that Manuel (PONCE-FELIX)

4

gave him the money to purchase the firearms while they were walking around at the gun show. You affiant asked Oscar Ivan BATRES why Manuel didn't buy the firearms himself and he stated that he (Manuel PONCE-FELIX) can't buy guns because he's from Mexico and doesn't have United States identification. Your affiant asked Oscar Ivan BATRES if those are the only firearms he purchased. Oscar Ivan BATRES said he bought two AK-47 rifles at the Phoenix Gun Show in December 2005, but sold those rifles 2 ½ weeks later to a guy named Freddie. Your affiant again reminded Oscar Ivan BATRES that it is a Federal offense to lie to a Federal agent. Oscar Ivan BATRES then recanted, indicating that he saw this kind of thing on TV where people keep lying and keep getting in deeper and deeper and said he didn't want to lie any more. Oscar Ivan BATRES then said he lied because he's nervous and he swore he would tell the truth. Oscar Ivan BATRES said at the December 2005 gun show he bought four AK-47 rifles and a 9mm pistol for Manuel (PONCE-FELIX). Oscar Ivan BATRES said Manuel (PONCE-FELIX) gave him the money for the rifles and the pistol in advance and he (Oscar Ivan BATRES) purchased the pistols for Manuel. Oscar Ivan BATRES said he believes Manuel sells the firearms in Sinaloa, Mexico to unknown persons. Oscar Ivan BATRES said he bought the firearms for Manuel because he is a friend and he was going to receive a discount on the car (Nissan Altima) he is going to buy from him and also that Manuel occasionally picks up the tab for his meals. Your affiant asked Oscar Ivan BATRES if those were all of the firearms that he has purchased for Manuel.

5

Oscar Ivan BATRES then said that he purchased four other guns from the gun show earlier today and that those firearms are currently inside Manuel's car that is parked at an Auto Zone parking lot located nearby. Oscar Ivan BATRES then provided directions to the vehicle, a Mercury Grand Marquis, and described the guns as two Beretta .40 caliber pistols and two Browning 9mm pistols.

7. S/A Medina conferred with PPD Officer David Miranda who interviewed Manuel Alberto PONCE-FELIX. Officer Miranda indicated that Manuel Alberto PONCE-FELIX confirmed that he was a citizen of Mexico who was illegally and unlawfully in the United States. Manuel Alberto PONCE-FELIX also produced a Sonoran Driver's License under the name of Manuel Alberto PONCE-FELIX which included his photograph. Manuel Alberto PONCE-FELIX said he just came from the gun show where Oscar purchased three guns and that those were the guns found inside his car. Manuel Alberto PONCE-FELIX said the guns were purchased by Oscar and belonged to Oscar and denied that any of the guns belonged to him (Manuel Alberto PONCE-FELIX).

8. Officer Miranda then talked to Jorge ANDASOLA-GARCIA who stated that all three of them had been to the gun show two times today. Jorge ANDASOLA-GARCIA said the first time they went to the gun show Oscar purchased some guns and they placed the guns inside the trunk of a blue car that belongs to Manuel which he believed to be a Lincoln Town car (later determined to be a Mercury Grand Marquis). Jorge ANDASOLA-GARCIA

6

said he and Oscar followed Manuel, who was driving the Town car alone, in the white Altima to an Auto Zone located around 19th Avenue & Thomas Road where Manuel parked and left the vehicle. Manuel then got into in the Altima with Oscar and Jorge ANDASOLA-GARCIA where Oscar and Manuel decided to go back to the gun show to buy more guns. Jorge ANDASOLA-GARCIA said he knew that Manuel had a lot of money on him and did not know if Oscar had any money at all.

9. Officer Miranda said he then re-contacted Manuel Alberto PONCE-FELIX and asked him questions about the other vehicle. Manuel Alberto PONCE-FELIX admitted that he had been to the gun show twice that day and that Oscar had purchased some guns on both occasions. Manuel Alberto PONCE-FELIX said the vehicle is a Mercury Marquis and it belongs to a friend although the vehicle is registered to him (Manuel PONCE-FELIX). Manuel PONCE-FELIX refused to provide the friend's name to whom he claimed the vehicle actually belonged. Manuel Alberto PONCE-FELIX said after they left the gun show he parked the Mercury Marquis at an Auto Zone located nearby and gave Officer Miranda approximate directions to the vehicle. Officer Miranda asked Manuel Alberto PONCE-FELIX for consent to search the vehicle and Manuel Alberto PONCE-FELIX gave his consent. Manuel PONCE-FELIX showed Officer Miranda which key he needed to open the vehicle and said there were six pistols inside the car and that some of the guns

were inside the car and some were inside the trunk. Officer Miranda then left the scene with Detective Huskisson to conduct a search of the vehicle.

10. Your affiant then approached Manuel Alberto PONCE-FELIX and identified himself as a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives. Your affiant explained to Manuel Alberto PONCE-FELIX that at the present time he was not under arrest and wanted to ask him some questions to which he agreed. After asking a few questions your affiant contacted Officer Miranda and asked if Manuel Alberto PONCE-FELIX was given his Miranda rights. Officer Miranda stated that as he was not presently under arrest he has not given him his Miranda rights. Your affiant then approached Manuel Alberto PONCE-FELIX and advised him of his Miranda rights. Manuel Alberto PONCE-FELIX said he understood his rights and was willing to talk. Manuel Alberto PONCE-FELIX said he was born in Obregon, Sonora, Mexico and confirmed he is illegally and unlawfully in the United States. Manuel Alberto PONCE-FELIX further indicated he does not possess any papers or documents that would allow him to be in the United States legally. Manuel Alberto PONCE-FELIX indicated he crossed into the United States thru Nogales, Arizona, and has been in the United States for approximately six months. Manuel Alberto PONCE-FELIX said he knows it is illegal for him to possess firearms and ammunition because he is in the United States illegally. Manuel Alberto PONCE-FELIX said he knew that there were three guns inside the white Altima and six more inside the Mercury Grand Marquis that he borrowed from his friend and which he parked at an

8

Auto Zone. Manuel Alberto PONCE-FELIX denied that the firearms belonged to him and denied knowing anything about the four AK-47 rifles and 9mm that Oscar Ivan BATRES claimed to have purchased for him.

11. While your affiant conducted his interview with Manuel Alberto PONCE-FELIX, Officer's Miranda and Huskisson located the Grand Marquis parked at the Auto Zone located at 3101 North 19th Avenue, Phoenix, AZ. Officer Miranda ran the AZ temporary license plate PY95386 and it listed the registered owner as Manuel Alberto PONCE-FELIX. PPD Officer's Miranda and Huskisson entered the vehicle using the key provided by Manuel Alberto PONCE-FELIX and recovered the following items from the vehicle:

➢ A Browning 9mm pistol, serial # 245NZ57041 (located in trunk).

➢ A Browning 9mm pistol, model BDM, serial # 945NT 55072 (located in trunk).

➢ A Beretta .40 caliber pistol, model 96, serial # BER020164 M (located in trunk).

➢ A Beretta .40 caliber pistol, model 96, serial # BER366378 (located in trunk).

➢ A loaded Beretta 9mm pistol, model 92 FS, serial # BER433686 (located loaded under front driver's seat).

➢ A loaded Llama .38 Super pistol, serial #34090 (located loaded under front passenger's seat)

➢ Three extra .40 caliber magazines (located in trunk).

12. Officer Miranda returned to the scene and re-interviewed Manuel Alberto PONCE-FELIX. Officer Miranda asked Manuel Alberto PONCE-FELIX if

he remembered his rights that your affiant read to him and he replied yes. Manuel Alberto PONCE-FELIX stated that he, Oscar and Jorge placed all four of the guns inside the trunk of the Marquis together and he knew of two other guns that were hidden beneath the front seats of the car. Manuel Alberto PONCE-FELIX said the pistols found beneath the front seats belong to his friend whom he (Manuel Alberto PONCE-FELIX) refused to identify, and claimed to not know where his friend obtained the firearms.

13. Officer Miranda arrested Manuel Alberto PONCE-FELIX for a Carrying a Concealed Weapon violation and your affiant requested that PPD place an ATF hold on Manuel Alberto PONCE-FELIX for Federal Firearms violations.

14. On January 22, 2006, your affiant contacted Special Agent Mario Atencio of the local ATF office in Phoenix, Arizona. Special Agent Atencio has been trained and certified by ATF as a Firearms Interstate Nexus expert. Special Agent Atencio gave a verbal interstate nexus on all nine of the firearms referenced above, and stated that all of the firearms were manufactured outside the State of Arizona, and based on their presence in Arizona it is concluded that all of the firearms did travel and affect interstate commerce.

10

15. Based on the foregoing information, your affiant believes that on or about January 21, 2006, Manuel Alberto PONCE-FELIX possessed a firearm(s) in violation of  Title 18, United States Code, Sections 922 (g)(5)(A) and 924(a)(2).

_____    1/26/06
William J. Medina               Date
Special Agent, Bureau of Alcohol, Tobacco and Firearms


Sworn to and subscribed before me this 26th day of January 2006, Phoenix, Arizona

_____
Virginia Mathis, United States Magistrate Judge

11